AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MORROW, MARGARET M. | United States District Court, CACD | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 255 E. Temple Street, Ste. 770 <br> Los Angeles, California 90012 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |
| 3. Trustee | Mayfield Senior School - Board of Trustees |
| 4. Trustee | Trust #1 (Part VII, Page 32, Line 480) |
| 5. Power of Attorney | Trust (Page VII, Page 57, Line 915) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Morrow, Margaret M.**

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Defined Benefit Pension Payment from State of California | $134,401.44 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bryn Mawr College | June 24-26 | Princeton, New Jersey | Board of Trustees Retreat | Ground transportation, lodging, meals |
| 2. | Bryn Mawr College | October 20-23 | Bryn Mawr, PA | Board of Trustees Meeting | Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Invesco Van Kampen Capital Growth Fund-A - IRA | | None | L | T | | | | | See note in Part VIII |
| 2. | Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. | BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int./Div. | P1 | T | | | | | |
| 4. | - Cash equivalent - Morgan Stanley | | | | | | | | | |
| 5. | - Amgen Inc. - common stock | | | | | | | | | |
| 6. | - Sanofi-Aventis ADR - common stock | | | | | | | | | |
| 7. | - The Bank of New York Mellon Corporation - common stock | | | | | | | | | |
| 8. | - BP plc ADR - common stock | | | | | Sold (part) | 05/21/10 | J | | |
| 9. | | | | | | Sold | 11/10/10 | J | A | |
| 10. | - Cisco Systems Inc. - common stock | | | | | | | | | |
| 11. | - General Electric Company - common stock | | | | | | | | | |
| 12. | - JP Morgan Chase & Company - common stock | | | | | | | | | |
| 13. | - Microsoft Corporation - common stock | | | | | | | | | |
| 14. | - Qualcomm Inc. - common stock | | | | | Sold | 07/12/10 | J | | |
| 15. | - Royal Dutch Shell PLC ADR - common stock | | | | | | | | | |
| 16. | - AT&T Inc. - common stock | | | | | | | | | |
| 17. | - Schlumberger Ltd. - common stock | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B 1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C 1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Wal-Mart Stores Inc. - common stock | | | | | Sold | 07/23/10 | J | | |
| 19.  - Siemens AG ADR - common stock | | | | | | | | | |
| 20.  - UBS AG - common stock | | | | | | | | | |
| 21.  - Comcast Corp. - common stock | | | | | | | | | |
| 22.  - Eaton Corp. - common stock | | | | | | | | | |
| 23.  - Procter & Gamble - common stock | | | | | Buy (add'l) | 11/19/10 | J | | |
| 24.  - Monsanto Co. - common stock | | | | | | | | | |
| 25.  - Praxair, Inc. - common stock | | | | | Sold | 07/27/10 | J | A | |
| 26.  - Kraft Foods Inc. - common stock | | | | | | | | | |
| 27.  - Progress Energy Inc. - common stock | | | | | | | | | |
| 28.  - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 29.  - CVS Caremark Corp. - common stock | | | | | | | | | |
| 30.  - Kroger Co. - common stock | | | | | | | | | |
| 31.  - Adobe Systems Inc. - common stock | | | | | Sold | 03/17/10 | J | | |
| 32.  - Barrick Gold Corp. - common stock | | | | | | | | | |
| 33.  - El Paso Corp. - common stock | | | | | | | | | |
| 34.  - Google Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Hewlett Packard Co. - common stock | | | | | Sold | 08/09/10 | J | | |
| 36. - Stericycle Inc. - common stock | | | | | | | | | |
| 37. - Abbott Laboratories - common stock | | | | | Sold | 12/10/10 | J | | |
| 38. - Church & Dwight Co. Inc. - common stock | | | | | Sold | 08/24/10 | J | A | |
| 39. - Coca-Cola Co. - common stock | | | | | | | | | |
| 40. - Coca-Cola Enterprises - common stock | | | | | Sold | 02/17/10 | J | | |
| 41. - Teva Pharmaceutical Industries Ltd. ADR - common stock | | | | | | | | | |
| 42. - Texas Instruments Inc. - common stock | | | | | Buy (add'l) | 12/10/10 | J | | |
| 43. - Amazon.com Inc. - common stock | | | | | | | | | |
| 44. - AON Corp. - common stock | | | | | | | | | |
| 45. -Archer-Daniels-Midland Co. - common stock | | | | | | | | | |
| 46. - BB&T Corp. - common stock | | | | | Sold | 10/21/10 | J | | |
| 47. - Caterpillar Inc. - common stock | | | | | | | | | |
| 48. - Charles Schwab Corp. - common stock | | | | | Sold | 11/30/10 | J | | |
| 49. - Chevron Corp. - common stock | | | | | | | | | |
| 50. - Delta Airlines, Inc. - common stock | | | | | | | | | |
| 51. - First Solar Inc. - common stock | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Freeport McMoran Copper & Gold - common stock | | | | | Sold (part) | 01/19/10 | J | A | |
| 53. - Intel Corp. - common stock | | | | | | | | | |
| 54. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 55. - Kohl's Corp. - common stock | | | | | Sold | 09/14/10 | J | A | |
| 56. - McDermott International Inc. - common stock | | | | | Sold | 09/13/10 | J | A | |
| 57. - Nvidia Corporation - common stock | | | | | | | | | |
| 58. - PNC Financial Services Group - common stock | | | | | | | | | |
| 59. - Roche Holding Ltd. - ADR - common stock | | | | | Sold | 09/28/10 | J | | |
| 60. - Rockwell Collins Inc. - common stock | | | | | | | | | |
| 61. - Suntrust Banks Inc. - common stock | | | | | | | | | |
| 62. - Time Warner Inc. - common stock | | | | | | | | | |
| 63. - Weatherford Int'l. Ltd. - common stock | | | | | | | | | |
| 64. - Wells Fargo & Co. - common stock | | | | | | | | | |
| 65. - Broadcom Corp - common stock | | | | | | | | | |
| 66. - EOG Resources Inc.- common stock | | | | | Sold | 09/24/10 | J | | |
| 67. - Societe Generale ADR - common stock | | | | | | | | | |
| 68. - Aegon NV ADR - common stock | | | | | Sold | 05/21/10 | J | A | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Xerox Corp. - common stock (formerly Affiliated Computer) | | | | | | | | | |
| 70. - Akamai Technologies Inc. - common stock | | | | | | | | | |
| 71. - Alcatel-Lucent ADS - common stock | | | | | | | | | |
| 72. - Allegheny Technologies Inc. - common stock | | | | | | | | | |
| 73. - Allergan Inc. - common stock | | | | | Sold | 01/12/10 | J | A | |
| 74. - Alumina Ltd. - common stock | | | | | | | | | |
| 75. - Ameren Corp. - common stock | | | | | | | | | |
| 76. - Anadarko Petroleum Corp. - common stock | | | | | | | | | |
| 77. - Anglogold Ashanti Limited - common stock | | | | | | | | | |
| 78. - Annaly Capital Mgmt. Inc. - common stock | | | | | | | | | |
| 79. - Autodesk Inc. - common stock | | | | | | | | | |
| 80. - Avon Products Inc. - common stock | | | | | Sold | 01/08/10 | J | | |
| 81. - Bed Bath & Beyond Inc. - common stock | | | | | | | | | |
| 82. - Best Buy Co. Inc. - common stock | | | | | Sold | 02/22/10 | J | A | |
| 83. - Biogen Idec Inc. - common stock | | | | | | | | | |
| 84. - Blackrock Inc. - common stock | | | | | | | | | |
| 85. - Boston Scientific Corp. - common stock | | | | | Sold | 05/17/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                     W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Brandywine Realty TR SBI - common stock | | | | | Sold (part) | 03/09/10 | J | A | |
| 87. - Broadridge Financial Solutions, Inc. - common stock | | | | | | | | | |
| 88. - Cablevision Systems Corp. - common stock | | | | | | | | | |
| 89. - Cameco Corp. - common stock | | | | | | | | | |
| 90. - Carnival Corp. - common stock | | | | | | | | | |
| 91. - Celgene Corp. - common stock | | | | | | | | | |
| 92. - Centrais Elec Bras ADR - preferred stock | | | | | | | | | |
| 93. - Chubb Corp. - common stock | | | | | | | | | |
| 94. - Cintas Corp. - common stock | | | | | Sold | 09/01/10 | J | A | |
| 95. - Colonial Properites TR - common stock | | | | | | | | | |
| 96. - Compass Minerals Int'l. Inc. - common stock | | | | | | | | | |
| 97. - Consolidated Edison Inc. - common stock | | | | | | | | | |
| 98. - Corrections Corp. of America - common stock | | | | | Sold | 02/10/10 | J | A | |
| 99. - Covidien Ltd. - common stock | | | | | | | | | |
| 100. - Cree Research Inc. - common stock | | | | | | | | | |
| 101. - Dai Nipppn Ptrg. Ltd. Japan - common stock | | | | | | | | | |
| 102. - Daiwa House Industries Ltd. ADR - common stock | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B=$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Dell Inc. - common stock | | | | | Sold | 06/08/10 | J | A | |
| 104. - Dreamworks Animation SKG Inc. - common stock | | | | | | | | | |
| 105. - Ebay Inc. - common stock | | | | | | | | | |
| 106. - Electronic Arts Inc. - common stock | | | | | Sold | 11/16/10 | J | | |
| 107. - Endurance Specialty Hldgs. Ltd. - common stock | | | | | | | | | |
| 108. - Entergy Corp. - common stock | | | | | | | | | |
| 109. - Expedia Inc. - common stock | | | | | | | | | |
| 110. - Fluor Corp. - common stock | | | | | | | | | See note in Part VIII |
| 111. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 112. - Franklin Resources Inc. - common stock | | | | | Sold | 12/20/10 | J | A | |
| 113. - Fujifilm Hldgs Corp. ADR - common stock | | | | | | | | | |
| 114. - Genuine Parts Co. - common stock | | | | | | | | | |
| 115. - Genzyme Corp. - common stock | | | | | | | | | |
| 116. - Gold Fields Ltd. ADS - common stock | | | | | | | | | |
| 117. - Goldman Sachs Group Inc. - common stock | | | | | Sold (part) | 01/22/10 | J | A | |
| 118. - Goodyear Tire & Rubber - common stock | | | | | Sold | 03/10/10 | J | | |
| 119. - Great Plains Energy Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Hachijuni Bank Ltd. ADR - common stock | | | | | | | | | |
| 121. - Hasbro Inc. - common stock | | | | | | | | | |
| 122. - HCP Incorporated - common stock | | | | | | | | | |
| 123. - Health Care REIT Inc. - common stock | | | | | | | | | |
| 124. - Hertz Global Holdings Inc. - common stock | | | | | | | | | |
| 125. - Hess Corporation - common stock | | | | | | | | | |
| 126. - Hewitt Associates Inc. - common stock | | | | | Sold | 05/14/10 | J | A | |
| 127. - Home Depot Inc. - common stock | | | | | | | | | |
| 128. - IHS Inc. - common stock | | | | | Sold | 05/12/10 | J | A | |
| 129. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | | | | | |
| 130. - Integrys Energy Group Inc. - common stock | | | | | Sold | 06/07/10 | J | | |
| 131. - Int'l. Business Machines Corp. - common stock | | | | | Sold | 04/08/10 | J | A | |
| 132. - Int'l. Flavors & Fragrances - common stock | | | | | Sold | 07/30/10 | J | A | |
| 133. - iShares Comex Gold Tr - common stock | | | | | Sold | 02/08/10 | J | A | |
| 134. - Itron Inc. - common stock | | | | | Sold | 12/01/10 | J | | |
| 135. - Ivanhoe Mines Ltd. - common stock | | | | | | | | | |
| 136. - J. Crew Group Inc.- common stock | | | | | Sold | 10/25/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Johnson & Johnson - common stock | | | | | | | | | |
| 138. - Korea Electric Power Corp. ADS - common stock | | | | | | | | | |
| 139. - L-3 Communications Holdings Inc. - common stock | | | | | | | | | |
| 140. - Liberty Global Inc. - common stock | | | | | | | | | |
| 141. - Liberty Media Starz Series A - common stock | | | | | | | | | |
| 142. - The Directv Group Class A - common stock | | | | | | | | | |
| 143. - Liberty Media Hldg. Capital Series A - common stock | | | | | Sold (part) | 11/09/10 | J | B | |
| 144. - Liberty Media Hldg SR A Inter - common stock | | | | | | | | | |
| 145. - M&T Bank Corp. - common stock | | | | | | | | | |
| 146. - Magna Int'l. Inc. - common stock | | | | | | | | | |
| 147. - Masco Corp. - common stock | | | | | Sold | 01/08/10 | J | A | |
| 148. - Mattel Inc. - common stock | | | | | | | | | |
| 149. - Millicom Int'l. Cellular SA - common stock | | | | | | | | | |
| 150. - MS&AD Ins. Group Holdings Inc. - common stock | | | | | | | | | See note in Part VIII |
| 151. - Monster Worldwide Inc. - common stock | | | | | | | | | |
| 152. - Nasdaq OMX Group Inc. - common stock | | | | | | | | | |
| 153. - National Oilwell Varco Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Newcrest Mining Ltd. ADR - common stock | | | | | | | | | |
| 155. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 156. - Nexen Inc. - common stock | | | | | | | | | |
| 157. - Nippon Telegraph & Telephone ADR - common stock | | | | | | | | | |
| 158. - Nisource Inc. - common stock | | | | | | | | | |
| 159. - Noble Energy Inc. - common stock | | | | | Sold | 06/30/10 | J | A | |
| 160. - NYSE Euronext - common stock | | | | | | | | | |
| 161. - Old Republic Int'l. Corp. - common stock | | | | | | | | | |
| 162. - Pall Corporation - common stock | | | | | | | | | |
| 163. - Panasonic Corp. - common stock | | | | | | | | | |
| 164. - Penn National Gaming - common stock | | | | | Sold | 02/19/10 | J | A | |
| 165. - Penney J. C. Co. - common stock | | | | | Sold | 10/04/10 | J | A | |
| 166. - Pepsico Inc. - common stock | | | | | | | | | |
| 167. - Petroleo Brasileiro SA ADS - common stock | | | | | Sold | 11/15/10 | J | | |
| 168. - Peteroleo Brasileiro SA ADR - common stock | | | | | Sold | 01/14/10 | J | A | |
| 169. - Range Resources Corp. - common stock | | | | | | | | | |
| 170. - Roper Industries Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Seagate Technology Holdings - common stock | | | | | | | | | |
| 172. - Sears Holding Corp. - common stock | | | | | Sold | 06/29/10 | J | A | |
| 173. - Sega Sammy Holdings ADR - common stock | | | | | Sold | 10/21/10 | J | A | |
| 174. - Sekisui House Ltd. ADR - common stock | | | | | | | | | |
| 175. - Sempra Energy - common stock | | | | | | | | | |
| 176. - Seven & I Holdings Co. Ltd. - common stock | | | | | | | | | |
| 177. - Shiseido Ltd Spon ADR - common stock | | | | | | | | | |
| 178. - SK Telecom Co. Ltd. - common stock | | | | | | | | | |
| 179. - SPDR Gold TR Gold Shs - common stock | | | | | | | | | |
| 180. - St. Jude Medical Inc. - common stock | | | | | | | | | |
| 181. - Suncor Energy Inc. - common stock | | | | | Buy (add'l) | 05/20/10 | J | | |
| 182. - Swisscom AG ADR - common stock | | | | | | | | | |
| 183. - Target Corporation - common stock | | | | | | | | | |
| 184. - TDK Corp. ADR - common stock | | | | | Sold | 04/27/10 | J | A | |
| 185. - Technip-Coflexip - common stock | | | | | Sold | 02/22/10 | J | A | |
| 186. - Tele & Data Systems Inc. - common stock | | | | | | | | | |
| 187. - Telecom Italia SPA - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Tyco Electronics Ltd. - common stock | | | | | | | | | |
| 189. - Tyco International Ltd. - common stock | | | | | | | | | |
| 190. - UDR Inc. - common stock | | | | | Sold | 04/23/10 | J | A | |
| 191. - Ultra Petroleum Corp. - common stock | | | | | | | | | |
| 192. - United Utilities Group - common stock | | | | | Sold | 06/16/10 | J | | |
| 193. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 194. - Vertex Pharmaceuticals - common stock | | | | | | | | | |
| 195. - Wabtec- common stock | | | | | Sold | 11/29/10 | J | | |
| 196. - Wacoal Hldgs. Corp. ADR - common stock | | | | | | | | | |
| 197. - Xcel Energy Inc. - common stock | | | | | | | | | |
| 198. - XTO Energy Inc. - common stock | | | | | | | | | See note in Part VIII |
| 199. - Exxon Mobil Corporation - common stock | | | | | Merged (with line 198) | 06/28/10 | J | | |
| 200. - Zimmer Hldgs. Inc. - common stock | | | | | | | | | |
| 201. - Zions Bancorp. - common stock | | | | | | | | | |
| 202. - Sumitomo Trust & Banking Co. - ADR - common stock | | | | | | | | | |
| 203. - Agnico Eagle Mines Ltd. - common stock | | | | | | | | | |
| 204. - Allstate Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Analog Devices - common stock | | | | | | | | | |
| 206. - Apache - common stock | | | | | | | | | |
| 207. - Arch Coal Inc. - common stock | | | | | Sold | 03/02/10 | J | A | |
| 208. - Axis Capital Holdings Ltd. - common stock | | | | | | | | | |
| 209. - Baxter Int'l. - common stock | | | | | Sold | 04/23/10 | J | | |
| 210. - Belgacom SA ADR - common stock | | | | | Sold | 04/14/10 | J | | |
| 211. - Canadian Nat'l. Railway Co. - common stock | | | | | | | | | |
| 212. - Canadian Pacific Railway Ltd. - common stock | | | | | Sold | 02/04/10 | J | | |
| 213. - Carrefour SA ADR - common stock | | | | | | | | | |
| 214. - Cemer Corp. - common stock | | | | | Sold | 07/26/10 | J | A | |
| 215. - Chicos Fas Inc. - common stock | | | | | Sold | 07/15/10 | J | | |
| 216. - Chimera Investment Corp. - common stock | | | | | | | | | |
| 217. - Cliffs Natural Resources - common stock | | | | | | | | | |
| 218. - Clorox Co. - common stock | | | | | | | | | |
| 219. - Cognizant Tech. Solutions - common stock | | | | | | | | | |
| 220. - Conocophillips - common stock | | | | | Sold | 04/15/10 | J | A | |
| 221. - Coming Inc. - common stock | | | | | Sold (part) | 05/10/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C 1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Delaware Diversified Inc. - mutual fund | | | | | Sold (part) | 02/03/10 | J | B | |
| 223. - Devon Energy Corp. - common stock | | | | | | | | | |
| 224. - Digital Realty Trust Inc. - common sstock | | | | | Sold | 10/01/10 | J | A | |
| 225. - Discovery Communications Ser A - common stock | | | | | | | | | |
| 226. - Dow Chemical Co. - common stock | | | | | | | | | |
| 227. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | | | | | |
| 228. - Eastman Chemical Company - common stock | | | | | Sold | 06/25/10 | J | A | |
| 229. - Embraer S A ADR - common stock | | | | | | | | | See note in Part VIII |
| 230. - Emerson Electric - common stock | | | | | | | | | |
| 231. - Fidelity Advisor Floating Rate - mutual fund | | | | | Sold | 02/03/10 | K | C | |
| 232. - FMC Technologies Inc. - common stock | | | | | | | | | |
| 233. - Ford Motor Co. - common stock | | | | | | | | | |
| 234. - Gannett Company Inc. - common stock | | | | | Sold | 05/10/10 | J | A | |
| 235. - Givaudian SA ADR - common stock | | | | | | | | | |
| 236. - Greenhill & Co. Inc. - common stock | | | | | | | | | |
| 237. - H J Heinz Co. - common stock | | | | | | | | | |
| 238. - Halliburton Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Harman Int'l. Industries - common stock | | | | | Sold | 06/28/10 | J | | |
| 240. - HDFC Bank Ltd. ADR - common stock | | | | | Sold | 02/08/10 | J | A | |
| 241. - Icici Bank Ltd. - common stock | | | | | | | | | |
| 242. - Infosys Tech. Ltd. - common stock | | | | | Sold | 10/11/10 | J | A | |
| 243. - International Paper Co. - common stock | | | | | Buy (add'l) | 09/30/10 | J | | |
| 244. - ITC Holdings - common stock | | | | | | | | | |
| 245. - JP Morgan Chase BK N A Columbus Ohio DJIA Linked CD | | | | | | | | | |
| 246. - KAO Corp. - common stock | | | | | | | | | |
| 247. - Kinross Gold Corp. - common stock | | | | | | | | | |
| 248. - Lord Abbett Floating Rate - mutual fund | | | | | | | | | |
| 249. - Managers Bond Fund - mutual fund | | | | | Sold (part) | 02/03/10 | L | D | |
| 250. - Marathon Oil Co. - common stock | | | | | | | | | |
| 251. - Market Vectors Gold Miners - common stock | | | | | Sold | 07/16/10 | J | | |
| 252. - Marriott Int'l. Inc. - common stock | | | | | | | | | |
| 253. - Merck & Co. - common stock | | | | | | | | | |
| 254. - Metlife Inc. - common stock | | | | | | | | | |
| 255. - MFA Financial Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 257. - Morgan Stanley - common stock | | | | | | | | | |
| 258. - Mosaic Company (The) - common stock | | | | | | | | | |
| 259. - National Fuel Gas Co. - common stock | | | | | | | | | |
| 260. - New York Community Bancorp Inc. - common stock | | | | | | | | | See note in Part VIII |
| 261. - Nintendo Co. Ltd. ADR - common stock | | | | | | | | | |
| 262. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 263. - Novartis AG ADR - common stock | | | | | Sold | 01/20/10 | J | A | |
| 264. - Nucor Corp. - common stock | | | | | | | | | |
| 265. - Occidental Petroleum Corp. - common stock | | | | | | | | | |
| 266. - Omnicom Group - common stock | | | | | | | | | |
| 267. - Owens Corning Inc. - common stock | | | | | Sold | 09/21/10 | J | | |
| 268. - Perrigo Co. - common stock | | | | | | | | | |
| 269. - PG&E Corp. - common stock | | | | | | | | | |
| 270. - Pimco Total Return - mutual fund | | | | | Sold (part) | 02/03/10 | K | B | |
| 271. | | | | | Sold (part) | 07/23/10 | J | A | |
| 272. - Plexus Corp. - common stock | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Polo Ralph Lauren Corp. - common stock | | | | | Sold | 09/23/10 | J | A | |
| 274. - Potash Corp. of Sask. Inc. - common stock | | | | | Sold | 01/05/10 | J | A | |
| 275. - Pulte Homes Inc. - common stock | | | | | Sold | 11/15/10 | J | | |
| 276. - Regal Beloit Corp. - common stock | | | | | Sold | 11/04/10 | J | A | |
| 277. - Regions Financial Corp. - common stock | | | | | | | | | |
| 278. - Rexam PLC ADR - common stock | | | | | Sold | 06/03/10 | J | A | |
| 279. - Rohm Co. Ltd. ADR - common stock | | | | | | | | | |
| 280. - Sandisk Corp. - common stock | | | | | | | | | |
| 281. - Scana Corp. - common stock | | | | | | | | | |
| 282. - Southwestern Energy Co. - common stock | | | | | Sold | 03/19/10 | J | | |
| 283. - State Street Corp. - common stock | | | | | | | | | |
| 284. - Sunoco Inc. - common stock | | | | | Sold | 09/01/10 | J | A | |
| 285. - Tata Motors Ltd. - common stock | | | | | | | | | |
| 286. - TCW Total Return - mutual fund | | | | | Sold | 01/21/10 | L | D | |
| 287. | | | | | Buy | 07/23/10 | K | | |
| 288. - Templeton Global Bond Fund | | | | | Sold (part) | 02/03/10 | K | D | |
| 289. | | | | | Sold (part) | 07/23/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Transdigm Group Inc - common stock | | | | | | | | | |
| 291. - Unit Van Kampen Cohen & Steers - UIT | | | | | Sold | 04/08/10 | L | E | |
| 292. - Verizon Communications - common stock | | | | | | | | | |
| 293. - Virtus Multi-Sector S/T Bond - mutual fund | | | | | Sold (part) | 02/03/10 | J | C | |
| 294. - Webmd Health Corp. - common stock | | | | | | | | | |
| 295. - Whirlpool Corp. - common stock | | | | | Sold | 07/06/10 | J | A | |
| 296. - WMS Industries Inc. - common stock | | | | | Sold | 04/14/10 | J | A | |
| 297. - Wolters Kluwer NV ADR - common stock | | | | | | | | | |
| 298. - Yahoo Inc. - common stock | | | | | | | | | |
| 299. - CONOCO FUNDING CO. - Corp. Bond | | | | | Sold | 7/15/10 | J | A | |
| 300. - U.S. TREASURY NOTES-SER E-2012 Gov. Bond | | | | | Buy (add'l) | 02/02/10 | J | | |
| 301. | | | | | Buy (add'l) | 03/29/10 | J | | |
| 302. - | | | | | Sold | 9/22/10 | K | A | |
| 303. - BANK OF AMERICA - Corp. Bond (BAA9) | | | | | | | | | |
| 304. - BP CAPITAL MARKETS PLC - Corp. Bond | | | | | Sold | 1/14/10 | J | A | |
| 305. - COMCAST CORP. - Corp. Bond (3/15/16) | | | | | Sold | 3/11/10 | J | A | |
| 306. - CREDIT SUISSE FB USA INC. - Corp. Bond | | | | | Sold | 9/24/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - FEDERAL HOME LOAN MTG. CORP. - Gov. Bond (1/30/14) | | | | | Sold | 9/15/10 | J | A | |
| 308. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond (MW41) | | | | | | | | | |
| 309. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond (5/15/11) | | . | | | Sold | 2/2/10 | J | | |
| 310. - GENERAL ELECTRIC - Corp. Bond (3/4/15) | | | | | Sold | 3/29/10 | J | A | |
| 311. - GLAXOSMITHKLINE CAPITAL - Corp. Bond (5/15/13) | | | | | Sold | 6/24/10 | J | A | |
| 312. - GOLDMAN SACHS GROUP INC. - Corp. Bond | | | | | | | | | |
| 313. - U.S. TREASURY NOTE - Gov. Bond | | | | | Buy (add'l) | 3/11/10 | J | | |
| 314. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 315. - U.S. TREASURY NOTE - Gov. Bond | | | | | Buy (add'l) | 5/13/10 | J | | |
| 316. - | | | | | Buy (add'l) | 10/25/10 | J | | |
| 317. - U.S. TREASURY NOTE - Gov. Bond | | | | | | | | | See note in Part VIII |
| 318. - VERIZON GLOBAL FUNDING CORP. - Corp. Bond | | | | | Sold | 3/19/10 | J | A | |
| 319. - WACHOVIA CORP. - Corp. Bond | | | | | | | | | |
| 320. - WYETH - Corp. Bond | | | | | Sold | 4/27/10 | J | A | |
| 321. - XTO ENERGY INC. - Corp. Bond | | | | | Sold | 1/6/10 | J | B | |
| 322. - AMERICAN EXPRESS - Corp. Bond | | | | | | | | | |
| 323. - A T & T Inc. - Corp. Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - CISCO SYSTEMS INC. - Corp. Bond | | | | | | | | | |
| 325. - GOLDMAN SACHS - Corp. Bond | | | | | | | | | |
| 326. - HEWLETT PACKARD - Corp. Bond | | | | | Sold | 3/11/10 | J | A | |
| 327. - MERRILL LYNCH & CO. - Corp. Bond | | | | | | | | | |
| 328. - TIME WARNER CABLE - Corp. Bond | | | | | | | | | |
| 329. - FED. NAT'L MGT. ASSN - Gov. Bond | | | | | | | | | |
| 330. - U.S. TREASURY NOTE - Gov. Bond | | | | | | | | | |
| 331. - U.S. TREASURY NOTE - Gov. Bond | | | | | Buy | 9/15/10 | J | | |
| 332. - U.S. TREASURY NOTE - Gov. Bond | | | | | Buy | 12/10/10 | K | | |
| 333. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond | | | | | Buy | 2/2/10 | J | | |
| 334. - | | | | | Sold | 8/11/10 | J | A | |
| 335. - FEDERAL NAT'L. MTG. ASSN. - Gov. Bond | | | | | Buy | 8/11/10 | J | | |
| 336. - FEDERAL HOME LOAN MTG. CORP. - new - Gov. Bond | | | | | Buy | 9/22/10 | K | | |
| 337. - | | | | | Sold | 12/10/10 | K | A | |
| 338. - JPMORGAN CHASE & Co. - Corp. Bond | | | | | | | | | See note in Part VIII |
| 339. - VERIZON WIRELESS - Corp. Bond | | | | | Buy | 03/19/10 | J | | |
| 340. - COMCAST CORP. - Corp. Bond | | | | | Buy | 3/11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - CONOCOPHILLIPS - Corp. Bond | | | | | Buy | 7/15/10 | J | | |
| 342. - | | | | | Sold | 10/14/10 | J | A | |
| 343. - BB&T CORP. - Corp. Bond | | | | | Buy | 4/27/10 | J | | |
| 344. - ENTERPRISE PRODU - Corp. Bond | | | | | Buy | 10/20/10 | J | | |
| 345. - GENERAL ELECTRIC CAP CORP. - Corp. Bond | | | | | Buy | 3/29/10 | J | | |
| 346. - KRAFT FOODS INC. - Corp. Bond | | | | | Buy | 6/24/10 | J | | |
| 347. - PEPSICO INC. - Corp. Bond | | | | | Buy | 1/14/10 | J | | |
| 348. - | | | | | Sold | 5/13/10 | J | A | |
| 349. - ROYAL BANK OF SCOTLAND - Corp. Bond | | | | | Buy | 9/24/10 | J | | |
| 350. - SHELL INT'L. FIN. - Corp. Bond | | | | | Buy | 10/14/10 | J | | |
| 351. - TRANSOCEAN INC. - Corp. Bond | | | | | Buy | 1/6/10 | J | | |
| 352. - | | | | | Sold | 10/19/10 | J | A | |
| 353. - Wells Fargo Bank - Account | A | Interest | K | T | | | | | |
| 354. - Union Bank - Account | | | K | T | | | | | Opened December 2010 |
| 355. - Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | |
| 356. - Activision Blizzard Inc. - common stock | | | | | Buy | 01/15/10 | J | | |
| 357. - Albemarle Corp. - common stock | | | | | Buy | 09/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Allianz SE ADS - common stock | | | | | Buy | 05/21/10 | J | | |
| 359. - Apple Inc. - common stock | | | | | Buy | 01/26/10 | J | | |
| 360. | | | | | Buy (add'l) | 02/11/10 | J | | |
| 361. - Assured Guaranty Ltd. - common stock | | | | | Buy | 10/14/10 | J | | |
| 362. - Astrazeneca PLC ADS - common stock | | | | | Buy | 01/11/10 | J | | |
| 363. - Babcock & Wilcox Company - common stock | | | | | Spinoff (from line 56) | 09/15/10 | J | | |
| 364. - Bank of America Corp. - common stock | | | | | Buy | 11/29/10 | J | | |
| 365. - Borg Warner Inc. - common stock | | | | | Buy | 03/02/10 | J | | |
| 366. - Bristol Myers Squibb Co. - common stock | | | | | Buy | 03/11/10 | J | | |
| 367. - Cigna CP - common stock | | | | | Buy | 08/20/10 | J | | |
| 368. - Clean Harbors - common stock | | | | | Buy | 05/03/10 | J | | |
| 369. - Colgate Palmolive Co. - common stock | | | | | Buy | 08/10/10 | J | | |
| 370. - Comcast Corp. (New) Class A - common stock | | | | | | | | | See note in Part VIII |
| 371. - Crown Holdings Inc. - common stock | | | | | Buy | 06/28/10 | J | | |
| 372. - Dolby Class A common stock | | | | | | | | | See note in Part VIII |
| 373. - Electricite De France ADR - common stock | | | | | Buy | 03/25/10 | J | | |
| 374. - EMC Corp. Mass - common stock | | | | | Buy | 03/17/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - ETFS Palladium Trust - common stock | | | | | Buy | 09/27/10 | J | | |
| 376. - ETFS Platinum Trust - common stock | | | | | Buy | 09/24/10 | J | | |
| 377. - Expeditors Intl Wash Inc. - common stock | | | | | Buy | 08/04/10 | J | | |
| 378. - Finmeccanica Spa Roma - common stock | | | | | Buy | 05/13/10 | J | | |
| 379. - Gazprom O A O Spon ADR - common stock | | | | | Buy | 10/15/10 | J | | |
| 380. - Glaxosmithkline PLC ADS - common stock | | | | | Buy | 01/18/10 | J | | |
| 381. - Global Payment Inc. - common stock | | | | | Buy | 12/29/10 | J | | |
| 382. - Grupo Financiero Galicia SA AD - common stock | | | | | Buy | 11/02/10 | J | | |
| 383. - Hain Celestial Group Inc. - common stock | | | | | Buy | 06/03/10 | J | | |
| 384. - HSN Inc. - common stock | | | | | Buy | 01/04/10 | J | | |
| 385. - Hudson City Bancorp Inc. - common stock | | | | | Buy | 09/23/10 | J | | |
| 386. - Hyatt Hotels Corp. Com - common stock | | | | | Buy | 02/04/10 | J | | |
| 387. - Immunogen Inc. - common stock | | | | | Buy | 11/09/10 | J | | |
| 388. - Isis Pharmaceuticals Inc. - common stock | | | | | Buy | 10/22/10 | J | | |
| 389. - Israel Chemicals Ltd ADR - common stock | | | | | Buy | 12/20/10 | J | | |
| 390. - Johnson Controls Incorporated - common stock | | | | | Buy | 01/25/10 | J | | |
| 391. - Keycorp New - common stock | | | | | Buy | 01/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - Las Vegas Sands Corp. - common stock | | | | | Buy | 11/01/10 | J | | |
| 393. - Legg Mason BW Global Opp Bd FI - mutual fund | | | | | Buy | 02/03/10 | K | | |
| 394. | | | | | Sold (part) | 07/23/10 | J | A | |
| 395. - Loomis Sayles Strategic Income A - mutual fund | | | | | Buy | 02/03/10 | K | | |
| 396. - MBIA Inc. - common stock | | | | | Buy | 10/20/10 | J | | |
| 397. - Mc Donalds Corp. - common stock | | | | | Buy | 08/23/10 | J | | |
| 398. - Mc Graw Hill Companies Inc. - common stock | | | | | Buy | 05/18/10 | J | | |
| 399. - McKeeson Corp. - common stock | | | | | Buy | 04/07/10 | J | | |
| 400. - MGM Resorts International - common stock | | | | | Buy | 12/20/10 | J | | |
| 401. - Nalco Holding Company - common stock | | | | | Buy | 01/05/10 | J | | |
| 402. - NextEra Energy Inc. - common stock | | | | | Buy | 08/10/10 | J | | |
| 403. - Novo Nordisk A/S ADR - common stock | | | | | Buy | 06/11/10 | J | | |
| 404. - Novozymes A/S Unspons ADR - common stock | | | | | Buy | 08/13/10 | J | | |
| 405. - Oracle Corp. - common stock | | | | | Buy | 09/16/10 | J | | |
| 406. - Peabody Energy Corp. - common stock | | | | | Buy | 09/30/10 | J | | |
| 407. - Pfizer Inc. - common stock | | | | | Buy | 11/09/10 | J | | |
| 408. - Philip Morris International Inc. - common stock | | | | | Buy | 08/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Phillips Van Heusen - common stock | | | | | Buy | 09/17/10 | J | | |
| 410. - PPL Corporation - common stock | | | | | Buy | 06/23/10 | J | | |
| 411. - Proshares Ultrashort QQQ ETF - common stock (QID) | | | | | Buy | 06/25/10 | J | | |
| 412. - Proshares Ultrashort Russell20 - common stock (TWM) | | | | | Buy | 01/21/10 | J | | |
| 413. - Proshares Ultrashort S&P500 - common stock (SDS) | | | | | Buy | 01/21/10 | J | | |
| 414. - Prudential Financial Inc. - common stock | | | | | Buy | 12/20/10 | J | | |
| 415. - Putnam Diversified Income Trust A - mutual fund | | | | | Buy | 02/03/10 | K | | |
| 416. - Robert Half International Inc. - common stock | | | | | Buy | 05/13/10 | J | | |
| 417. - Seadrill Ltd - common stock | | | | | Buy | 11/08/10 | J | | |
| 418. - SLM Corporation - common stock | | | | | Buy | 12/22/10 | J | | |
| 419. - Sotheby's Class A - common stock | | | | | Buy | 01/22/10 | J | | |
| 420. - Statoil ASA ADR - common stock | | | | | Buy | 11/09/10 | J | | |
| 421. - Takeda Pharmaceutical Co Ltd. - common stock | | | | | Buy | 05/12/10 | J | | |
| 422. - TCW Emerging Markets Income N - mutual fund | | | | | Buy | 07/23/10 | K | | |
| 423. - Madison Square Garden Inc. Class A - common stock | | | | | Spinoff (from line 88) | 02/09/10 | J | | |
| 424. - Pimco Emerging Local Bond A - mutual fund | | | | | Buy | 07/23/10 | K | | |
| 425. - Tenaris S.A. - common stock | | | | | Buy | 12/02/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Thermo Fisher Scientific Inc. - common stock | | | | | Buy | 06/10/10 | J | | |
| 427. - Toyota Motor Corp. ADR New - common stock | | | | | Buy | 09/08/10 | J | | |
| 428. - Treehouse Foods Inc. - common stock | | | | | Buy | 06/11/10 | J | | |
| 429. | | | | | Sold | 08/20/10 | J | | |
| 430. - United Continental Holdings Inc. - common stock | | | | | Buy | 03/11/10 | J | | |
| 431. - United States Steel Corp. - common stock | | | | | Buy | 01/28/10 | J | | |
| 432. - Valero Energy Corp. - common stock | | | | | Buy | 03/31/10 | J | | |
| 433. - Verisk Analytics - common stock | | | | | Buy | 05/12/10 | J | | |
| 434. - Visa Inc. - common stock | | | | | Buy | 06/10/10 | J | | |
| 435. - Waddell & Reed Financial Inc. - common stock | | | | | Buy | 12/29/10 | J | | |
| 436. - Walt Disney Co. Holding Co. - common stock | | | | | Buy | 03/05/10 | J | | |
| 437. - Waste Management Inc. - common stock | | | | | Buy | 07/02/10 | J | | |
| 438. - Wynn Macau Ltd Unspon ADR - common stock | | | | | Buy | 10/05/10 | J | | |
| 439. - Wynn Resorts Ltd - common stock | | | | | Buy | 09/03/10 | J | | |
| 440. - Unit AAM Covered Call & Income Strategies Closed end fund | | | | | Buy | 04/20/10 | L | | |
| 441. - Lord Abbett Developing Local Mkts - mutual fund | | | | | Buy | 02/03/10 | K | | |
| 442. | | | | | Sold | 07/23/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. - JP Morgan Strategic Income Opps A - mutual fund | | | | | Buy | 02/03/10 | L | | |
| 444. | | | | | Sold | 07/23/10 | L | A | |
| 445. - Avery Dennison Corp. - common stock | | | | | Buy | 06/15/10 | J | | |
| 446. | | | | | Sold | 11/01/10 | J | A | |
| 447. - Cooper Industries PLC - common stock | | | | | Buy | 03/01/10 | J | | |
| 448. | | | | | Sold | 09/24/10 | J | A | |
| 449. - Copa Holdings, S.A. - common stock | | | | | Buy | 04/06/10 | J | | |
| 450. | | | | | Sold | 05/11/10 | J | | |
| 451. - Fibria Celulose SA - common stock | | | | | Buy | 01/05/10 | J | | |
| 452. | | | | | Sold | 03/01/10 | J | | |
| 453. - Gilead Science - common stock | | | | | Buy | 02/23/10 | J | | |
| 454. | | | | | Sold | 09/14/10 | J | | |
| 455. - Lockheed Martin Corp. - common stock | | | | | Buy | 02/04/10 | J | | |
| 456. | | | | | Sold | 11/18/10 | J | | |
| 457. - Pimco 25+Yr Zero Coupon - common stock | | | | | Buy | 10/01/10 | J | | |
| 458. | | | | | Sold | 10/15/10 | J | | |
| 459. - Proshares Short Russell2000 - common stock (RWM) | | | | | Buy | 01/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 460. | | | | | Sold | 04/28/10 | J | | |
| 461. - Proshares Short S&P500 - common (SH) | | | | | Buy | 01/19/10 | J | | |
| 462. | | | | | Sold | 04/28/10 | J | | |
| 463. - Proshares Ultrashort MSCI Europe - common stock (EPV) | | | | | Buy | 05/14/10 | J | | |
| 464. | | | | | Sold | 06/04/10 | J | | |
| 465. - Proshares Ultrashort MSCI Emer - common stock (EEV) | | | | | Buy | 05/14/10 | J | | |
| 466. | | | | | Sold | 06/04/10 | J | | |
| 467. - Radioshack Corp. - common stock | | | | | Buy | 04/19/10 | J | | |
| 468. | | | | | Sold | 11/29/10 | J | | |
| 469. - Saic, Inc. - common stock | | | | | Buy | 02/03/10 | J | | |
| 470. | | | | | Sold | 11/09/10 | J | | |
| 471. - Shaw Group Incorporated - common stock | | | | | Buy | 06/21/10 | J | | |
| 472. | | | | | Sold | 11/09/10 | J | | |
| 473. - Sybase Inc. Del. - common stock | | | | | Buy | 02/22/10 | J | | |
| 474. | | | | | Sold | 07/20/10 | J | A | |
| 475. - Whole Foods Markets Inc. - common stock | | | · | | Buy | 07/14/10 | J | | |
| 476. | | | | | Sold | 10/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Frontier Communications Group - common stock | | | | | Spinoff (from line 292) | 07/01/10 | J | | |
| 478. | | | | | Sold | 07/08/10 | J | | |
| 479. | | | | | | | | | |
| 480. BROKERAGE ACCOUNT #2 - TRUST #1 | E | Int./Div. | P1 | T | | | | | |
| 481. - Cash equivalent - Morgan Stanley` | | | | | | | | | |
| 482. - Ameren Corp. - common stock | | | | | | | | | |
| 483. - Sanofi-Aventis ADR - common stock | | | | | | | | | |
| 484. - BP PLC ADR - common stock | | | | | Sold (part) | 05/21/10 | J | | |
| 485. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 486. | | | | | Sold | 11/10/10 | J | A | |
| 487. - Eaton Corp. - common stock | | | | | | | | | |
| 488. - General Electric Inc. - common stock | | | | | | | | | |
| 489. - Genuine Parts Co. - common stock | | | | | | | | | |
| 490. - JP Morgan Chase & Co. - common stock | | | | | | | | | |
| 491. - Pepsico Inc. - common stock | | | | | | | | | |
| 492. - Royal Dutch Shell PLC - common stock | | | | | | | | | |
| 493. - A T & T - common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000.000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  - Schlumberger Ltd. - common stock | | | | | | | | | |
| 495.  - Siemens AG ADR - common stock | | | | | | | | | |
| 496.  - UBS AG-CHF - common stock | | | | | | | | | |
| 497.  - Wal-Mart Stores Inc. - common stock | | | | | Sold | 07/23/10 | J | A | |
| 498.  - LOS GATOS CALIF JT UN HIGH SCH - Muni. Bond | | | | | | | | | |
| 499.  - CALIF. ST. ECONOMY RECY - Muni. Bond | | | | | | | | | |
| 500.  - LOS ANGELES CALIF CCD G/O REF - Muni. Bond | | | | | | | | | |
| 501.  - LOS ANGELES CNTY CALIF MTA - Muni. Bond | | | | | | | | | |
| 502.  - SAN DIEGO CALIF. CMNTY COLL. - Muni. Bond | | | | | | | | | |
| 503.  - SIMI VY CALIF SCH - Muni. Bond | | | | | | | | | |
| 504.  -GROSSMONT-CUYAMACA CALIF. CMNTY. - Muni. Bond | | | | | | | | | |
| 505.  - RIVERSIDE CNTY. PALM DESERT CA - Muni. Bond | | | | | | | | | |
| 506.  - CA. ST. UNIV TRUSTEES S/W REV SER-A - Muni. Bond | | | | | Buy (add'l) | 4/13/10 | J | | |
| 507.  - | | | | | Sold (part) | 6/21/10 | K | B | |
| 508.  - OREGON ST. GENL OBLIG SER-A - Muni. Bond | | | | | | | | | |
| 509.  - CA. ST. DEPT WTR RES CENT VLY - Muni. Bond | | | | | | | | | |
| 510.  - CA. EDL FACS AUTH USC - Muni. Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Bank of New York Mellon Corp. - common stock | | | | | | | | | |
| 512. - Procter & Gamble - common stock | | | | | | | | | |
| 513. - Monsanto Company - common stock | | | | | | | | | |
| 514. - Praxair Inc. - common stock | | | | | Sold | 07/27/10 | J | A | |
| 515. - Kraft Foods - common stock | | | | | | | | | |
| 516. - Nisource Inc. - common stock | | | | | | | | | |
| 517. - Progress Energy Inc. - common stock | | | | | | | | | |
| 518. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | | | | | | | | | |
| 519. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 520. - Brandywine Realty Trust - common stock | | | | | | | | | |
| 521. - CVS Caremark Corporation - common stock | | | | | | | | | |
| 522. - Kroger Co. - common stock | | | | | | | | | |
| 523. - UDR Inc. - common stock | | | | | Sold | 04/23/10 | J | | |
| 524. - Broadridge Financial Solutions - common stock | | | | | | | | | |
| 525. - Barrick Gold Corp. CAD - common stock | | | | | | | | | |
| 526. - Colonial PPTYS Trust SBI - common stock | | | | | | | | | |
| 527. - El Paso Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Health Care REIT - common stock | | | | | | | | | |
| 529. - Hewlett Packard Co. - common stock | | | | | Sold | 08/09/10 | J | A | |
| 530. - Coca Cola Company - common stock | | | | | | | | | |
| 531. - Coca Cola Enterprises Inc. - common stock | | | | | Sold | 02/17/10 | J | | |
| 532. - Goldman Sachs Group Inc. - common stock | | | | | Sold (part) | 01/22/10 | J | A | |
| 533. | | | | | Sold (part) | 02/03/10 | J | A | |
| 534. - Google Inc. - common stock | | | | | | | | | |
| 535. - HCP Inc. - common stock | | | | | | | | | |
| 536. - Juniper Networks Inc. - common stock | | | | | | | | | |
| 537. - Kohl's Corporation - common stock | | | | | Sold | 09/14/10 | J | A | |
| 538. - NYSE Euronext - common stock | | | | | | | | | |
| 539. - Qualcomm Inc. - common stock | | | | | Sold | 07/12/10 | J | | |
| 540. - Schwab Charles Corporation - common stock | | | | | Sold (part) | 11/30/10 | J | | |
| 541. - Time Warner Inc. - common stock | | | | | Sold | 09/30/10 | J | A | |
| 542. - Abbott Laboratories - common stock | | | | | Sold | 12/10/10 | J | | |
| 543. - Xerox Corp. - common stock (formerly Affiliated Computer) | | | | | | | | | |
| 544. - Amazon.com Inc. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Amgen Inc. - common stock | | | | | | | | | |
| 546. - Anadarko Petroleum Corporation - common stock | | | | | | | | | |
| 547. - Annaly Capital Management Inc. - common stock | | | | | | | | | |
| 548. - AON Corporation - common stock | | | | | | | | | |
| 549. -Archer-Daniels Midland Co. - common stock | | | | | | | | | |
| 550. - BB&T - common stock | | | | | Sold | 10/21/10 | J | | |
| 551. - Cablevision Systems Corporation - common stock | | | | | | | | | |
| 552. - Caterpillar Inc. - common stock | | | | | | | | | |
| 553. - Celgene Corporation - common stock | | | | | | | | | See note in part VIII |
| 554. - Chevron Corporation - common stock | | | | | | | | | |
| 555. - Cintas Corporation - common stock | | | | | Sold | 09/01/10 | J | | |
| 556. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 557. - Covidien Ltd. - common stock | | | | | | | | | |
| 558. - Delta Airlines Inc. - common stock | | | | | | | | | |
| 559. - Dreamworks Animation Inc. - common stock | | | | | | | | | |
| 560. - Electronic Arts - common stock | | | | | Sold | 11/16/10 | J | | |
| 561. - Endurance Specialty Hldgs. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Freeport McMoran Copper & Gold - common stock | | | | | Sold (part) | 01/19/10 | J | A | |
| 563. - Genzyme Corporation - common stock | | | | | Sold (part) | 11/19/10 | J | A | |
| 564. - Great Plains Energy Inc. - common stock | | | | | | | | | |
| 565. - Hasbro Inc. - common stock | | | | | | | | | |
| 566. - Hertz Global Holdings Inc. - common stock | | | | | | | | | |
| 567. - Integrys Energy Group Inc. - common stock | | | | | Sold | 06/07/10 | J | | |
| 568. - International Flavors & Fragrances Inc. - common stock | | | | | Sold | 08/04/10 | J | A | |
| 569. - Ivanhoe Mines Ltd. CAD - common stock | | | | | Sold | 11/05/10 | J | A | |
| 570. - Lord Abbett High Yield Muni Bond Fund - mutual fund | | | | | Sold (part) | 04/27/10 | J | A | |
| 571. - Mattel Inc. - common stock | | | | | | | | | |
| 572. - Microsoft Corporation - common stock | | | | | | | | | |
| 573. - Millicom International Cellular - common stock | | | | | | | | | |
| 574. - NASDAQ OMX Group, Inc. - common stock | | | | | | | | | |
| 575. - Noble Energy Inc. - common stock | | | | | Sold | 06/30/10 | J | | |
| 576. - Old Republic International Corp. - common stock | | | | | | | | | |
| 577. - PNC Financial Services Group - common stock | | | | | | | | | |
| 578. - Roche Holding Ltd. ADR - common stock | | | | | Sold | 09/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Rockwell Collins Inc. - common stoak | | | | | | | | | |
| 580. - Sempra Energy - common stock | | | | | | | | | |
| 581. - SPDR Gold Trust - ETF | | | | | | | | | |
| 582. - Suntrust Banks Inc. - common stock | | | | | | | | | |
| 583. - Telephone & Data Systems Inc. - common stock | | | | | | | | | |
| 584. - Texas Instruments Inc. - common stock | | | | | | | | | |
| 585. - Time Warner Cable - common stock | | | | | | | | | |
| 586. - Ultra Petroleum Corporation - common stock | | | | | | | | | |
| 587. - United States Cellular Corporation - common stock | | | | | Sold | 08/26/10 | J | | |
| 588. - Weatherford International Ltd. - common stock | | | | | | | | | |
| 589. - Wells Fargo & Company - common stock | | | | | | | | | |
| 590. - Xcel Energy Inc. - common stock | | | | | | | | | |
| 591. - Societe Generale Spon ADR - common stock | | | | | | | | | |
| 592. - Adobe Systems - common stock | | | | | Sold | 03/17/10 | J | | |
| 593. - Allergen Inc. - common stock | | | | | Sold | 01/12/10 | J | A | |
| 594. - Anglogold Ashanti Limited - common stock | | | | | | | | | |
| 595. - Avon Products Inc. - common stock | | | | | Sold | 01/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. - Best Buy Co. - common stock | | | | | Sold | 02/22/10 | J | A | |
| 597. - Boston Scientific Corp. - common stock | | | | | Sold | 05/17/10 | J | | |
| 598. - Centrais Elec Bras ADR - preferred stock | | | | | Sold | 06/21/10 | J | A | |
| 599. - Compass Minerals Int'l. Inc. - common stock | | | | | | | | | |
| 600. - Consolidated Edison Inc. - common stock | | | | | | | | | |
| 601. - Dell Inc. - common stock | | | | | Sold | 06/08/10 | J | A | |
| 602. - Entergy Corp. - common stock | | | | | | | | | |
| 603. - Fluor Corp. - common stock | | | | | | | | | See note in Part VII |
| 604. - Franklin Resources Inc. - common stock | | | | | Sold | 12/20/10 | J | A | |
| 605. - Goodyear Tire Rubber - common stock | | | | | Sold | 03/10/10 | J | | |
| 606. - Hess Corporation - common stock | | | | | | | | | |
| 607. - J. Crew Group Inc. - common stock | | | | | Sold | 10/25/10 | J | A | |
| 608. - Masco Corp. - common stock | | | | | Sold | 01/08/10 | J | A | |
| 609. - McDermott Int'l. Inc. - common stock | | | | | Sold | 09/13/10 | J | | |
| 610. - Newmont Mining Corp. - common stock | | | | | | | | | |
| 611. - Nippon Telegraph & Telephone ADS - common stock | | | | | | | | | |
| 612. - Range Resources Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - St. Jude Medical Inc. - common stock | | | | | | | | | |
| 614. - XTO Energy Inc. - common stock | | | | | | | | | See note in Part VIII |
| 615. - Exxon Mobil Corp. - common stock | | | | | Merged (with line 614) | 06/28/10 | J | | |
| 616. | | | | | Sold (part) | 07/26/10 | J | | |
| 617. - Zimmer Holdings Inc. - common stock | | | | | | | | | |
| 618. - Zions Bancorp - common stock | | | | | | | | | |
| 619. - Aegon NV ADR - common stock | | | | | | | | | |
| 620. - Akamai Technologies Inc. - common stock | | | | | | | | | See note in Part VIII |
| 621. - Alcatel - Lucent ADS - common stock | | | | | | | | | |
| 622. - Allegheny Technologies Inc. - common stock | | | | | | | | | |
| 623. - Alumina Ltd. - common stock | | | | | | | | | |
| 624. - Autodesk Delaware - common stock | | | | | | | | | |
| 625. - Bed Bath & Beyond - common stock | | | | | | | | | |
| 626. - Biogen Idec Inc. - common stock | | | | | | | | | |
| 627. - Blackrock Inc. - common stock | | | | | | | | | |
| 628. - Broadcom Corp. - common stock | | | | | | | | | |
| 629. - Cameco Corp. - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000.001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Carnival Corp. - common stock | | | | | | | | | |
| 631. - Chubb Corp. - common stock | | | | | | | | | |
| 632. - Church & Dwight Co. Inc. - common stock | | | | | Sold | 08/24/10 | J | A | |
| 633. - Comcast Corp. - common stock (CMCSK) | | | | | | | | | |
| 634. - Corrections Corp. of America - common stock | | | | | Sold | 02/10/10 | J | A | |
| 635. - Cree Research Inc. - common stock | | | | | Sold (part) | 08/12/10 | J | | |
| 636. - Dai Nippn Prtg. Ltd. Japan - common stock | | | | | | | | | |
| 637. - Daiwa House Industry Co. Ltd. ADR - common stock | | | | | | | | | |
| 638. - Dolby Class A common stock (formerly Dolby Labs Inc.) | | | | | | | | | |
| 639. - Ebay Inc. - common stock | | | | | | | | | |
| 640. - EOG Rescources Inc. - common stock | | | | | Sold | 09/24/10 | J | | |
| 641. - Expedia Inc. - common stock | | | | | | | | | |
| 642. - First Solar Inc. - common stock | | | | | | | | | |
| 643. - Forest Laboratories Inc. - common stock | | | | | | | | | |
| 644. - FujiFilm Hldgs Corp. ADR - common stock | | | | | | | | | |
| 645. - Gold Fields Ltd. ADR - common stock | | | | | | | | | |
| 646. - Hachijuni Bank Ltd ADR - common stock | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Hewitt Associates Inc. - common stock | | | | | Sold | 05/14/10 | J | A | |
| 648. - Home Depot Inc. - common stock | | | | | | | | | |
| 649. - IHS Inc. - common stock | | | | | Sold | 05/12/10 | J | A | |
| 650. - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | | | | | |
| 651. - Intel Corp. - common stock | | | | | | | | | |
| 652. - Int'l. Business Machines Corp. - common stock | | | | | Sold | 04/08/10 | J | A | |
| 653. - iShares Comex Gold Trust - ETF | | | | | Sold | 02/08/10 | J | A | |
| 654. - Itron Inc. - common stock | | | | | Sold | 12/01/10 | J | | |
| 655. - Johnson & Johnson - common stock | | | | | | | | | |
| 656. - Korea Electric Power Corp. ADS - common stock | | | | | | | | | |
| 657. - L-3 Communications Hldgs Inc. - common stock | | | | | | | | | |
| 658. - Liberty Global Inc. - common stock | | | | | | | | | |
| 659. - Liberty Media Starz Series A - common stock | | | | | | | | | |
| 660. - The Directv Group Class A - common stock | | | | | | | | | |
| 661. - Liberty Media Hldg Series A Interactive - common stock | | | | | Sold (part) | 06/21/10 | J | A | |
| 662. - Liberty Media Corp. Hldg Capital Series A - common stock | | | | | Sold (part) | 06/21/10 | J | B | |
| 663. - M&T Bancorp - common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. - Magna Int'l. Inc. - common stock | | | | | | | | | |
| 665. - MS&AD Ins. Group Holdings Inc. - common stock | | | | | | | | | See note in Part VIII |
| 666. - Monster Worldwide Inc. - common stock | | | | | | | | | |
| 667. - National Oilwell Varco Inc. - common stock | | | | | | | | | |
| 668. - Newcrest Mining Ltd. ADR - common stock | | | | | | | | | |
| 669. - Nexen Inc. - common stock | | | | | | | | | |
| 670. - Nvidia Corporation - common stock | | | | | | | | | |
| 671. - Pall Corporation - common stock | | | | | | | | | |
| 672. - Panasonic Corp. ADR - common stock | | | | | | | | | |
| 673. - Penn National Gaming - common stock | | | | | Sold | 02/19/10 | J | A | |
| 674. - Penney J. C. Co. - common stock | | | | | Sold | 10/04/10 | J | A | |
| 675. - Petroleo Bras SA ADS - common | | | | | Sold | 11/15/10 | J | | |
| 676. - Petroleo Brasileiro SA ADR - common stock | | | | | Sold | 01/14/10 | J | A | |
| 677. - Roper Industries Inc. - common stock | | | | | | | | | |
| 678. - Seagate Technology Hldgs. - common stock | | | | | Sold (part) | 06/21/10 | J | A | |
| 679. - Sears Holding Corp. - common stock | | | | | Sold | 06/29/10 | J | A | |
| 680. - Sega Sammy Holdings ADR - common stock | | | | | Sold | 10/22/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Sekisui House Ltd. ADR - common stock | | | | | | | | | |
| 682. - Seven & I Hldgs Co. Ltd. ADR - common stock | | | | | | | | | |
| 683. - Shiseido Ltd. ADR - common stock | | | | | | | | | |
| 684. - SK Telecom Co. Ltd. - common stock | | | | | | | | | |
| 685. - Stericycle Inc. - common stock | | | | | | | | | |
| 686. - Sumitomo TR & BK Co. ADR - common stock | | | | | | | | | |
| 687. - Suncor Energy Inc. - common stock | | | | | Buy (add'l) | 05/20/10 | J | | |
| 688. - Swisscom AG ADR - common stock | | | | | | | | | |
| 689. - Target Corporation - common stock | | | | | | | | | |
| 690. - TDK Corp. ADR - common stock | | | | | Sold | 04/26/10 | J | A | |
| 691. - Technip-Coflexip - common stock | | | | | Sold | 02/22/10 | J | A | |
| 692. - Telecom Italia SpA SVGS SH - common stock | | | | | | | | | |
| 693. - Tyco Electronics Ltd. - common stock | | | | | Sold (part) | 06/21/10 | J | A | |
| 694. - Tyco International Ltd. - common stock | | | | | | | | | |
| 695. - United Utilities Group PLC - common stock | | | | | Sold | 06/17/10 | J | | |
| 696. - Unitedhealth Group Inc. - common stock | | | | | | | | | |
| 697. - Vertex Pharmaceuticals - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. - Wabtec Corp. - common stock | | | | | Sold | 12/01/10 | J | A | |
| 699. - Wacoal Hldgs. Corp. ADR - common stock | | | | | | | | | |
| 700. - Agnico Eagle Mines Ltd. - common stock | | | | | Sold | 01/21/10 | J | | |
| 701. | | | | | Buy | 11/09/10 | J | | |
| 702. - Allstate Corporation - common sstock | | | | | | | | | |
| 703. - Analog Devices Inc. - common stock | | | | | | | | | |
| 704. - Apache Corporation - common stock | | | | | Sold | 12/29/10 | J | A | |
| 705. | | | | | Buy | 06/01/10 | J | | |
| 706. - Aqua America Inc. - common stock | | | | | | | | | See note in Part VIII |
| 707. - Axis Capital Holdings Ltd. - common stock | | | | | | | | | |
| 708. - Baxter International Inc. - common stock | | | | | Sold | 04/23/10 | J | | |
| 709. - Belgacom SA ADR - common stock | | | | | Sold | 04/13/10 | J | | |
| 710. - Blackrock Short- Term Muni A - mutual fund | | | | | Sold | 04/27/10 | K | | |
| 711. - Canadian National Railway Co. - common stock | | | | | | | | | |
| 712. - Canadian Pacific Railway Ltd. - common stock | | | | | Sold | 02/05/10 | J | | |
| 713. - Carrefour SA ADR - common stock | | | | | | | | | |
| 714. - Cerner Corporation - common stock | | | | | Sold | 07/26/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. - Chicos Fas Inc. - common stock | | | | | Sold | 07/15/10 | J | | |
| 716. - Chimera Investment Corporation - common stock | | | | | | | | | |
| 717. - Cliffs Natural Resources Inc. - common stock | | | | | | | | | |
| 718. - Clorox Co. DE - common stock | | | | | | | | | See note in Part VIII |
| 719. - Cognizant Tech. Solutions - common stock | | | | | | | | | |
| 720. - Conocophillips - common stock | | | | | Sold | 04/15/10 | J | A | |
| 721. - Corning Inc. - common stock | | | | | | | | | |
| 722. - Delaware Tx-Fr USA Intermed A - mutual fund | | | | | Sold (part) | 04/27/10 | J | A | |
| 723. - Devon Energy Corporation - common stock | | | | | | | | | |
| 724. - Digital Realty Trust Inc. - common stock | | | | | Sold | 10/01/10 | J | A | |
| 725. - Discovery Communications Ser A - common stock | | | | | | | | | |
| 726. - Dow Chemical Co. - common stock | | | | | | | | | |
| 727. - Dr. Reddy's Laboratories Ltd. - common stock | | | | | | | | | |
| 728. - DWS Intermediate Tax/Amt Fr A - mutual fund | | | | | Sold (part) | 04/27/10 | J | A | |
| 729. - Eastman Chemical Company - common stock | | | | | Sold | 06/28/10 | J | A | |
| 730. - Embraer S A ADR - common stock | | | | | | | | | See note in Part VIII |
| 731. - Emerson Electric Company - common stock | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - EV Hi Yld Muni Income A - mutual fund | | | | | Sold (part) | 04/27/10 | K | A | |
| 733. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 734. - FMC Technologies Inc. - common stock | | | | | | | | | |
| 735. - Ford Motor Company - common stock | | | | | | | | | |
| 736. - Gannett Company Inc. DE - common stock | | | | | Sold | 05/10/10 | J | A | |
| 737. - Givaudian SA ADR - common stock | | | | | | | | | |
| 738. - Greenhill & Company Inc. - common stock | | | | | | | | | |
| 739. - H. J. Heinz Company - common stock | | | | | | | | | |
| 740. - Halliburton Company - common stock | | | | | | | | | |
| 741. - Harman International Inds. - common stock | | | | | Sold | 06/28/10 | J | | |
| 742. - HDFC Bank Ltd. ADR - common stock | | | | | Sold | 02/09/10 | J | A | |
| 743. - Icici Bank Ltd. - common stock | | | | | | | | | |
| 744. - Infosys Tech. Ltd. - common stock | | | | | Sold | 10/11/10 | J | A | |
| 745. - KAO Corporation ADR - common stock | | | | | | | | | |
| 746. - Kinross Gold Corporation - common stock | | | | | | | | | |
| 747. - Legg Mason Wa Intrm Trm Muni A - mutual fund | | | | | Sold | 04/27/10 | K | B | |
| 748. - Legg Mason Wa S/D Muni Inc. A - mutual fund | | | | | Sold | 04/27/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. - Marathon Oil Company - common stock | | | | | | | | | |
| 750. - Market Vectors Gold Mines - common stock | | | | | Sold | 07/16/10 | J | | |
| 751. - Marriott Int'l Inc. - common stock | | | | | | | | | |
| 752. - Merck & Co. Inc. - common stock | | | | | | | | | |
| 753. - Metlife Inc. - common stock | | | | | | | | | |
| 754. - MFA Financial Inc. - common stock | | | | | | | | | |
| 755. - MGD FUT HV Class A - common stock | | | | | | | | | |
| 756. - MGD FUT LV Class A - common stock | | | | | | | | | |
| 757. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 758. - Morgan Stanley - common stock | | | | | | | | | |
| 759. - Mosaic Company (The) - common stock | | | | | | | | | |
| 760. - National Fuel Gas Co. - common stock | | | | | | | | | |
| 761. - New York Community Bancorp Inc. - common stock | | | | | | | | | |
| 762. - Nintendo Co. Ltd. ADR - common stock | | | | | | | | | |
| 763. - Nokia Corporation ADR - common stock | | | | | | | | | |
| 764. - Novartis AG ADR - common stock | | | | | Sold | 01/14/10 | J | A | |
| 765. - Nucor Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Occidental Petroleum Corp. DE - common stock | | | | | | | | | |
| 767. - Omnicon Group - common stock | | | | | | | | | |
| 768. - Owens Corning Inc. - common stock | | | | | Sold | 09/21/10 | J | | |
| 769. - Perrigo Company - common stock | | | | | | | | | |
| 770. - PG&E Corporation - common stock | | | | | | | | | |
| 771. - Plexus Corporation - common stock | | | | | | | | | |
| 772. - Polo Ralph Lauren Corp. - common stock | | | | | Sold | 09/23/10 | J | A | |
| 773. - Potash Corp. of Saskatchewan Inc. - common stock | | | | | Sold | 01/05/10 | J | A | |
| 774. - Pulte Homes Inc. - common stock | | | | | Sold | 11/15/10 | J | | |
| 775. - Regal Beloit Corporation - common stock | | | | | Sold | 11/04/10 | J | A | |
| 776. - Regions Financial Corporation - common stock | | | | | | | | | |
| 777. - Rexam PLC ADR - common stock | | | | | Sold | 06/03/10 | J | A | |
| 778. - Rohm Co. Ltd. ADR - common stock | | | | | | | | | |
| 779. - Sandisk Corporation - common stock | | | | | Sold (part) | 06/21/10 | J | B | |
| 780. - Scana Corporation - common stock | | | | | | | | | |
| 781. - Southwestern Energy Company - common stock | | | | | Sold | 03/19/10 | J | | |
| 782. - State Street Corporation - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. - Sunoco Inc. - common stock | | | | | Sold | 09/01/10 | J | A | |
| 784. - Tata Motors Ltd. - common stock | | | | | | | | | |
| 785. - Transdigm Group Inc. - common stock | | | | | | | | | |
| 786. - Verizon Communications - common stock | | | | | | | | | |
| 787. - Webmd Health Corporation - common stock | | | | | | | | | |
| 788. - Western Asst GLB CP DEF OPP FD - common stock | | | | | | | | | See note in Part VII |
| 789. - Whirlpool Corporation - common stock | | | | | Sold | 07/06/10 | J | A | |
| 790. - Wms. Ind. Inc. - common stock | | | | | Sold | 04/14/10 | J | A | |
| 791. - Wolters Kluwer NV ADR - common stock | | | | | | | | | |
| 792. - Yahoo Inc. - common stock | | | | | | | | | |
| 793. - Activision Blizzard Inc. - common stock | | | | | Buy | 01/15/10 | J | | |
| 794. - Albemarle Corporation - common stock | | | | | Buy | 09/29/10 | J | | |
| 795. - Allianz SE ADS - common stock | | | | | Buy | 05/21/10 | J | | |
| 796. - Anheuser Busch Inbev SA Spon - common stock | | | | | Buy | 12/02/10 | J | | |
| 797. - Apple Inc. - common stock | | | | | Buy | 01/26/10 | J | | |
| 798. - Assured Guranty Ltd - common stock | | | | | Buy | 10/14/10 | J | | |
| 799. - Astrazeneca PLC ADS - common stock | | | | | Buy | 01/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Babcock & Wilcox Company - common stock | | | | | Spinoff (from line 609) | 09/15/10 | J | | |
| 801. - Bank of America Corp. - common stock | | | | | Buy | 11/29/10 | J | | |
| 802. - Blackrock National Muni A - mutual fund | | | | | Buy | 04/27/10 | K | | |
| 803. - Borg Warner Inc. - common stock | | | | | Buy | 03/02/10 | J | | |
| 804. - Bristol Myers Squibb Co. - common stock | | | | | Buy | 03/11/10 | J | | |
| 805. - Cigna CP - common stock | | | | | Buy | 08/16/10 | J | | |
| 806. - Citrix Systems Inc. - common stock | | | | | Buy | 10/22/10 | J | | |
| 807. - Clean Harbors - common stock | | | | | Buy | 05/03/10 | J | | |
| 808. - Clearbridge Energy MLP FD Inc. - common stock | | | | | Buy | 06/24/10 | K | | |
| 809. - Colgate Palmolive Co. - common stock | | | | | Buy | 08/16/10 | J | | |
| 810. - Comcast Corp (New) Class A common stock | | | | | | | | | See note in Part VII |
| 811. - Crown Holdings Inc. - common stock | | | | | Buy | 06/29/10 | J | | |
| 812. - Electricite de France ADR - common stock | | | | | Buy | 03/25/10 | J | | |
| 813. - EMC Corp Mass - common stock | | | | | Buy | 03/17/10 | J | | |
| 814. - ETFS Palladium Trust - common stock | | | | | Buy | 09/27/10 | J | | |
| 815. - ETFS Platinum Trust - common stock | | | | | Buy | 09/24/10 | J | | |
| 816. - Expeditors Intl Wash Inc. - common stock | | | | | Buy | 08/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. - Finmeccanica SpA Roma - common stock | | | | | Buy | 05/13/10 | J | | |
| 818. - Gazprom O A O Spon ADR - common stock | | | | | Buy | 10/15/10 | J | | |
| 819. - Glaxosmithkline PLC ADS - common stock | | | | | Buy | 01/08/10 | J | | |
| 820. - Global Payment Inc - common stock | | | | | Buy | 12/27/10 | J | | |
| 821. - Grupo Financiero Galicia SA AD - common stock | | | | | Buy | 11/02/10 | J | | |
| 822. - Hain Celestial Group Inc. - common stock | | | | | Buy | 06/04/10 | J | | |
| 823. - HSN Inc. - common stock | | | | | Buy | 02/04/10 | J | | |
| 824. - Hudson City Bancorp Inc. - common stock | | | | | Buy | 09/23/10 | J | | |
| 825. - Hyatt Hotels Corp. - common stock | | | | | Buy | 02/04/10 | J | | |
| 826. - Immunogen Inc. - common stock | | | | | Buy | 10/25/10 | J | | |
| 827. - International Paper Co. - common stock | | | | | Buy | 09/27/10 | J | | |
| 828. - Isis Pharmaceutical Inc. - common stock | | | | | Buy | 10/14/10 | J | | |
| 829. - Israel Chemicals Ltd ADR - common stock | | | | | Buy | 12/22/10 | J | | |
| 830. - ITC Holdings - common stock | | | | | Buy | 09/09/10 | J | | |
| 831. - Johnson Controls Incorporated - common stock | | | | | Buy | 01/25/10 | J | | |
| 832. - Kayne and Midstream/Energy Fund Inc. - common stock | | | | | Buy | 11/23/10 | K | | |
| 833. - Keycorp New - common stock | | | | | Buy | 01/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Las Vegas Sands Corporation - common stock | | | | | Buy | 11/01/10 | J | | |
| 835. - Madison Square Garden Inc. Class A common stock | | | | | Spinoff (from line 551) | 02/09/10 | J | | |
| 836. - MBIA Inc. - common stock | | | | | Buy | 10/20/10 | J | | |
| 837. - McDonalds Corp. - common stock | | | | | Buy | 08/23/10 | J | | |
| 838. - McGraw Hill Companies Inc. - common stock | | | | | Buy | 05/18/10 | J | | |
| 839. - McKesson Corporation - common stock | | | | | Buy | 04/07/10 | J | | |
| 840. - MFS Muni High Income A - mutual fund | | | | | Buy | 04/27/10 | J | | |
| 841. - Nalco Holding Company - common stock | | | | | Buy | 01/05/10 | J | | |
| 842. - Nextera Energy Inc. - common stock | | | | | Buy | 08/10/10 | J | | |
| 843. - Novo Nordisk A/S ADR - common stock | | | | | Buy | 06/11/10 | J | | |
| 844. - Novozymes A/S Unspons APR - common stock | | | | | Buy | 08/13/10 | J | | |
| 845. - Oracle Corp. - common stock | | | | | Buy | 09/27/10 | J | | |
| 846. - Peabody Energy Corp. - common stock | | | | | Buy | 09/30/10 | J | | |
| 847. - Pfizer Inc. - common stock | | | | | Buy | 11/15/10 | J | | |
| 848. - Philip Morris Int'l Inc. - common stock | | | | | Buy | 08/12/10 | J | | |
| 849. - Phillips Van Heusen - common stock | | | | | Buy | 09/20/10 | J | | |
| 850. - Legg Mason WA Intrm Muni Inst. - mutual fund | | | | | Buy | 04/27/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - Pioneer High Income Muni A - mutual fund | | | | | Buy | 04/27/10 | J | | |
| 852. - PPL Corporation - common stock | | | | | Buy | 06/23/10 | J | | |
| 853. - Proshares Ultrashort QQQ ETF (QID) - common stock | | | | | Buy | 06/25/10 | J | | |
| 854. - Proshares Ultrashort Russell20 (TWM) - common stock | | | | | Buy | 01/21/10 | J | | |
| 855. - Proshares Ultrashort S&P500 (SDS) - common stock | | | | | Buy | 01/21/10 | J | | |
| 856. | | | | | Buy (add'l) | 05/20/10 | J | | |
| 857. - Prudential Financial Inc. - common stock | | | | | Buy | 12/20/10 | J | | |
| 858. - Robert Half Int. - common stock | | | | | Buy | 05/13/10 | J | | |
| 859. - Seadrill Ltd - common stock | | | | | Buy | 11/08/10 | J | | |
| 860. - SLM Corporation - common stock | | | | | Buy | 12/20/10 | J | | |
| 861. - Sotheby's Class A - common stock | | | | | Buy | 01/22/10 | J | | |
| 862. - Statoil ASA ADR - common stock | | | | | Buy | 11/09/10 | J | | |
| 863. - Takeda Pharmaceutical Co. LTD - common stock | | | | | Buy | 05/12/10 | J | | |
| 864. - Tenaris S.A. - common stock | | | | | Buy | 12/02/10 | J | | |
| 865. - Thermo Fisher Scientific Inc. - common stock | | | | | Buy | 07/01/10 | J | | |
| 866. - Toyota Motor CP ADR New - common stock | | | | | Buy | 09/08/10 | J | | |
| 867. - Treehouse Foods Inc. - common stock | | | | | Buy | 06/10/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - United Continental Holdings Inc. - common stock | | | | | Buy | 03/11/10 | J | | |
| 869. - United States Steel Corp. (New) - common stock | | | | | Buy | 01/29/10 | J | | |
| 870. - Valero Energy Corp. Delaware New - common stock | | | | | Buy | 04/01/10 | J | | |
| 871. - Verisk Analytics Class A common stock | | | | | Buy | 05/12/10 | J | | |
| 872. - Visa Inc. Class A common stock | | | | | Buy | 06/10/10 | J | | |
| 873. - Waddell & Reed Financial Inc. Class A common stock | | | | | Buy | 12/29/10 | J | | |
| 874. - Walt Disney Co. Holding Co. - common stock | | | | | Buy | 03/05/10 | J | | |
| 875. - Waste Management Inc. (Dela.) - common stock | | | | | Buy | 07/02/10 | J | | |
| 876. - Wynn Macau Ltd Unspon ADR - common stock | | | | | Buy | 10/05/10 | J | | |
| 877. - Wynn Resorts Ltd - common stock | | | | | Buy | 09/03/10 | J | | |
| 878. - Arch Coal Inc. - common stock | | | | | | | | | See note in Part VIII |
| 879. | | | | | Sold | 03/02/10 | J | A | |
| 880. - Cooper Industries PLC Class A common stock | | | | | Buy | 03/01/10 | J | | |
| 881. | | | | | Sold | 09/23/10 | J | A | |
| 882. - Copa Holdings S.A. Class A common stock | | | | | Buy | 04/08/10 | J | | |
| 883. | | | | | Sold | 05/10/10 | J | | |
| 884. - Fibria Celulose SA-Spon ADR - common stock | | | | | Buy | 01/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 885. | | | | | Sold | 03/01/10 | J | | |
| 886. - Gilead Science - common stock | | | | | Buy | 02/25/10 | J | | |
| 887. | | | | | Sold | 09/14/10 | J | | |
| 888. - Lockheed Martin Corp. - common stock | | | | | Buy | 02/02/10 | J | | |
| 889. | | | | | Sold | 11/18/10 | J | | |
| 890. - Pimco 25+Yr Zero Coupon US TIF - common stock | | | | | Buy | 10/01/10 | J | | |
| 891. | | | | | Sold | 10/15/10 | J | | |
| 892. - Proshares Ultrashort MSCI Europe (EPV) - common stock | | | | | Buy | 05/14/10 | J | | |
| 893. | | | | | Sold | 06/04/10 | J | | |
| 894. - Proshares Ultrashort MSCI Emer (EEV) - common stock | | | | | Buy | 05/14/10 | J | | |
| 895. | | | | | Sold | 06/04/10 | J | | |
| 896. - Proshares Short Russell2000 (RWM) - common stock | | | | | Buy | 01/19/10 | J | | |
| 897. | | | | | Sold | 04/28/10 | J | | |
| 898. - Proshares Short S&P500 (SH) - common stock | | | | | Buy | 01/19/10 | J | | |
| 899. | | | | | Sold | 04/28/10 | J | | |
| 900. - Radioshack Corp. - common stock | | | | | Buy | 04/20/10 | J | | |
| 901. | | | | | Sold | 11/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - SAIC, Inc. - common stock | | | | | Buy | 02/05/10 | J | | |
| 903. | | | | | Sold | 11/10/10 | J | | |
| 904. - Shaw Group Inc. - common stock | | | | | Buy | 06/21/10 | J | | |
| 905. | | | | | Sold | 11/09/10 | J | | |
| 906. - Whole Foods Markets Inc. - common stock | | | | | Buy | 07/14/10 | J | | |
| 907. | | | | | Sold | 10/07/10 | J | | |
| 908. - Sybase Inc. Del. - common stock | | | | | Buy | 02/22/10 | J | | |
| 909. | | | | | Sold | 07/20/10 | J | A | |
| 910. - Frontier Communications Group - common stock | | | | | Spinoff (from line 786) | 07/01/10 | J | | |
| 911. | | | | | Sold | 07/08/10 | J | | |
| 912. - Avery Dennison Corp. - common stock | | | | | Buy | 06/16/10 | J | | |
| 913. | | | | | Sold | 11/01/10 | J | | |
| 914. | | | | | | | | | |
| 915. POWER OF ATTORNEY - ▓▓▓▓▓ TRUST | G | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 916. - Highmark CA Tax Free Money Market | | | M | T | | | | | |
| 917. - Edison International - common stock | | | J | T | | | | | |
| 918. - Exelon Corp. - common stock | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Marathon Oil Corp. - common stock | | | K | T | | | | | |
| 920. - United States Steel Corp. - common stock | | | J | T | | | | | |
| 921. - Salinas Calif Un High School Dist - muni. bond | | | M | T | | | | | |
| 922. - California St Economic Recovery - muni. bond | | | M | T | | | | | |
| 923. - California St Economic Recovery - muni. bond | | | J | T | | | | | |
| 924. - Lake Elsinore CA Pub Fing - muni. bond | | | M | T | | | | | |
| 925. - California St Various Purp - muni. bond | | | N | T | | | | | |
| 926. - Vallejo City Calif. Uni School Dist. - muni. bond | | | M | T | | | | | |
| 927. - California St Economic Recovery - muni. bond | | | M | T | | | | | |
| 928. - Sacramento Cnty Calif. Arpt Sys - muni. bond | | | M | T | | | | | |
| 929. - Twin Rivers Calif Uni Sch. Dist - muni bond | | | N | T | | | | | |
| 930. - Loma Linda Calif Redev Agy Tax - muni. bond | | | M | T | | | | | |
| 931. - California State GO Ref Bds Series - muni. bond | | | K | T | | | | | |
| 932. - Santa Clara Calif Redev Agy Tax - muni. bond | | | M | T | | | | | |
| 933. - Madera Calif Redev Agy Tax Rev - muni. bond | | | M | T | | | | | |
| 934. - North City West Calif Sch Facs Fing - muni. bond | | | M | T | | | | | |
| 935. - San Jacinto Calif Uni Sch Dist - muni. bond | | | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Poway Calif. Uni Sch Dist Pub Fing - muni. bond | | | L | T | | | | | |
| 937. - Calaveras Uni Sch Dist Calif. G O - muni. bond | | | N | T | | | | | |
| 938. - California St G O Bds Ser. 2008 - muni. bond ) | | | L | T | | | | | |
| 939. - Oakland Calif Uni Sch Dist Alameda - muni. bond | | | N | T | | | | | |
| 940. - Mojave Calif Uni Sch Dist Sch Facs - muni. bond | | | M | T | | | | | |
| 941. - Los Angeles Calif Uni Sch Dist GO - muni. bond | | | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100.000 | G =$100.001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MORROW, MARGARET M. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS


BROKERAGE ACCOUNT #1:

Page 4, Line 1: On June 1, 2010, Invesco completed its acquisition of Morgan Stanley's retail asset management business, including Van Kampen Investments. As a result, the name changed from Van Kampen American Capital, Pace Fund-A to Invesco Van Kampen Capital Growth Fund-A.

Page 10, Line 110: There was a typographical error in the name "Flour" in my 2009 Financial Disclosure Report; the correct spelling is Fluor.

Page 12, Line 150: On April 7, 2010, the company formerly known as Mitsui Sumitomo changed its name to MS&AD Ins. Group as a result of the merger of Mitsui Sumitomo and MS&AD Ins. Group.

Page 15, Line 198: On June 28, 2010, XTO Energy, Inc. merged into Exxon Mobil Corp.

Page 17, Line 229: On December 14, 2010, the company formerly known as Embraer Empresa Bras DD ADS changed its name to Embraer S A ADR.

Page 19, Line 260: There was a typographical error in the name "Bancorop" in my 2009 Financial Disclosure Report; the correct spelling is Bancorp.

Page 22, Line 317: U.S. Treasury Note was inadvertently listed in my 2009 Financial Disclosure Report on Page 31, Line 476 as a partial sale on October 14, 2009. The October 14, 2009 transaction was a final sale, with a value of "J", sold at a gain, with a value of "A."

Page 23, Line 338: JPMorgan Chase & Co. (corporate bond) was inadvertently omitted from my 2009 Financial Disclosure Report as a new buy on May 18, 2009 with a value of "J".

Page 25, Line 370: Comcast Corp. (New) Class A was inadvertently omitted from my 2009 Financial Disclosure Report. There was a new buy on May 1, 2009, with a value of "J". There were no further reportable transactions in 2009 or in 2010.

Page 25, Line 372: Dolby Class A common stock formerly known as Dolby Labs Inc. was inadvertently omitted from my 2009 Financial Disclosure Report. It was a new buy on October 21, 2008, with a value of "J" and was reported as such in the 2008 Financial Disclosure Report. There were no further reportable transactions in 2009 and 2010.


BROKERAGE ACCOUNT #2 - TRUST #1:

Page 36, Line 553: There was a typographical error in the name "Celegene" in my 2009 Financial Disclosure Report; the correct spelling is Celgene.

Page 39, Line 603: There was a typographical error in the name "Flour" in my 2009 Financial Disclosure Report; the correct spelling is Fluor.

Page 40, Line 614: On June 28, 2010, XTO Energy, Inc. merged into Exxon Mobil Corp.

Page 40, Line 620: There was a typographical error in the name "Akami" in my 2009 Financial Disclosure Report; the correct spelling is Akamai.

Page 43, Line 665: On April 7, 2010, the company formerly known as Mitsui Sumitomo changed its name to MS&AD Ins. Group as a result of the merger of Mitsui Sumitomo and MS&AD Ins. Group.

Page 45, Line 706: A final sale of Aqua America Inc. was inadvertently omitted from my 2009 Financial Disclosure Report. There was a final sale on June 25, 2009, with a value of "J," sold at a loss.

Page 46, Line 718: There was a typographical error in the name "Clorex" in my 2009 Financial Disclosure Report; the correct spelling is Clorox.

Page 46, Line 730: On December 14, 2010, the company formerly known as Embraer Empresa Bras DD ADS changed its name to Embraer S A ADR.

Page 50, Line 788: There was a typographical error in the name "Wesstem" in my 2009 Financial Disclosure Report; the correct spelling is Western.

Page 51, Line 810: Comcast Corp. (New) Class A was inadvertently omitted from my 2009 Financial Disclosure Report. There was a new buy on October 13, 2009, with a value of "J". There were no further reportable transactions in 2009 or in 2010.

Page 55, Line 878: Arch Coal Inc. was inadvertently omitted from my 2009 Financial Disclosure Report as a new buy on November 3, 2009, with a value of "J".


POWER OF ATTORNEY - ▓▓▓▓ TRUST:

Page 57, Line 915: The Power of Attorney was executed on April 20, 2010. All assets of Trust #2 (Page 57, Line 916 - Page 59, Line 941) are listed with their values as of December 31, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARGARET M. MORROW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544